**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1430**

JOHN M. DICKSON, JR.,

> Plaintiff - Appellant,

> v.

FORMER FBI DIRECTOR JAMES BRIEN COMEY, JR., In his individual capacity, as a person acting under Color of federal and State Law; FBI AGENT MRS./MS. KATHERINE ANDREWS, Former Special Agent in Charge of the Newport News Field office, In her individual capacity, as a person acting under Color of federal and State Law; FBI NEWPORT NEWS FIELD OFFICE, JOHN/JANE DOE(S), In their individual capacities, as persons acting under Color of federal and State Law; CITY OF HAMPTON, In its individual capacity as a person, acting under Color of State Law; CITY OF HAMPTON VIRGINIA POLICE DEPARTMENT, In its individual capacity as a person, acting under Color of State Law; CHIEF OF POLICE MR. TERRY SULT, In his individual capacity, as a person acting under Color of State Law; CITY OF HAMPTON VIRGINIA POLICE DEPARTMENT, In his/her individual capacity, as a person acting under Color of State Law; CITY OF HAMPTON VIRGINIA POLICE CORPORAL JANE DOE, In her individual capacity, as a person acting under Color of State Law; CITY OF HAMPTON VIRGINIA POLICE DEPARTMENT, In their individual capacities, as persons acting under Color of State Law; CITY OF HAMPTON VIRGINIA POLICE OFFICER R. FOOTE, In his individual capacity, as a person acting under Color of State Law; CITY OF HAMPTON VIRGINIA POLICE LIEUTENANT F. EDMONDS, In his individual capacity, as a person acting under Color of State Law; CITY OF HAMPTON VIRGINIA POLICE OFFICER JONATHAN DONKER, In his individual capacity, as a person acting under Color of State Law; CITY OF HAMPTON VIRGINIA POLICE OFFICER J. DYE, In his individual capacity, as a person acting under Color of State Law; CITY OF HAMPTON VIRGINIA POLICE OFFICERS JOHN/JANE DOE(S), In their individual capacities as persons acting under Color of State Law; CITY OF NEWPORT NEWS, VIRGINIA, In its individual capacity as a person, acting under Color of State Law; FORMER CHIEF OF POLICE OF THE CITY OF NEWPORT NEWS RICHARD W. MYERS, In his individual capacity as a person,

acting under Color of State Law; CITY OF NEWPORT NEWS VIRGINIA POLICE OFFICERS JOHN/JANE DOE(S), In their individual capacities as persons, acting under Color of State Law; REGINA O'HALLORAN, In her individual capacity, as a person acting under Color of State Law; DEREK CURRAN, In his individual capacity, as a person acting under Color of State Law; MELANEY COX, In her individual capacity, as a person acting under Color of State Law; ANNALISA SCHAEPERKOETTER, In her individual capacity, as a person acting under Color of State Law; CHARLES ERDMAN, In his individual capacity, as a person acting under Color of State Law; GREGORY BRISCOE, In his individual capacity, as a person acting under Color of State Law; HASMUKH VYAS, In his individual capacity, as a person acting under Color of State Law; TIFFANY THOMPSON, In her individual capacity, as a person acting under Color of State Law; JANE DOE, In her individual capacity, as a person acting under Color of State Law; SOCIAL WORKER, MR. MICHAEL FRAZIER, In his individual capacity, as a person acting under Color of State Law; NURSE DOE JOHNSON, In her individual capacity, as a person acting under Color of State Law; NORTHAMPTON COMMUNITY CENTER, In its individual capacity as a person, acting under Color of State Law; MR. MRS./MS. JOHN JANE DOE, In their individual capacities as persons acting under Color of State Law; WALMART CORPORATION, In its individual capacity as a person, acting under Color of State Law; WALMART EMPLOYEE, In her individual capacity as a person, acting under Color of State Law; JOHN/JANE DOE(S), In their individual capacities, as persons acting under Color of State Law; SCOTT RUTLAND, In his individual capacity as a person, acting under Color of State Law; MARISSA CLAIBORNE, In her individual capacity as a person, acting under Color of State Law; SHANITA SMITH, In her individual capacity as a person, acting under Color of State Law; BARBARA ROBINSON, In her individual capacity as a person, acting under Color of State Law; JOHN/JANE DOE(S), In their individual capacities, as persons acting under Color of State Law; MR. JOHN E. SMITH (OWNER) JSI FOODS, INC., In his individual capacity as a person, acting under Color of State Law; KOREY BALLARD, In his individual capacity as a person, acting under Color of State Law; MRS. DEJA VINSTON (EMPLOYEE) OF OCTAPHARMA PLASMA, INC., In her individual capacity, as a person acting under Color of State Law; JOHN/JANE DOE(S) (EMPLOYEES) OF OCTAPHARMA PLASMA, INC., In their individual capacities, as persons acting under Color of State Law; NAJEAH EASMELL, In her individual capacity as a person, acting under Color of State Law; FARM FRESH SUPERMARKETS INCORPORATED, In its individual capacity as a person, acting under Color of State Law; JOHN/JANE DOE(S) (EMPLOYEES) OF FARM FRESH SUPERMARKETS INCORPORATED, In their individual capacities, as persons acting under Color of State Law; DIRECTOR MATTHEW STEARN, In his individual capacity, as a person acting under Color of State Law; HELP PROGRAM; HOPE IN HOME CARE PERSONAL CARE DIVISION, In her individual capacity as a person,

2

acting under Color of State Law; LISA TAYLOR, In her individual capacity as a person, acting under Color of State Law; MCDONALDS INC.; DOE SQUIRE; DEJA VINSTON; EASTERN STATE HOSPITAL,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Arenda L. Wright Allen, District Judge.  (4:18-cv-00002-AWA-DEM)

Submitted:  July 16, 2019                                    Decided:  July 18, 2019

Before MOTZ, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John M. Dickson, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John M. Dickson, Jr., appeals the district court's order denying his Fed. R. Civ. P. 60(b) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Dickson v. Comey*, No. 4:18-cv-00002-AWA-DEM (E.D. Va. Mar. 19, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
